**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed November 8, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00203-CR

---

## TIPTON S. MCMAHON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1272892**

---

## M E M O R A N D U M   O P I N I O N

Appellant has signed and filed a written motion to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's motion and dismiss the appeal.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jewell
Do Not Publish – Tex. R. App. P. 47.2(b)